the issues and the applicable legal principles under Count II fairly and succinctly and that in any event none of the instructions was prejudicial to defendants.

 We have carefully considered the record, arguments and briefs of the parties with a view to substantial justice in this case and we are of the undoubted opinion that the verdict and judgment were right. Even taking the evidence in a light most favorable to defendants, we are of the opinion the judgment should be affirmed. In our view, therefore, no other verdict and judgment properly could have been rendered consistent with the proofs. While the record is not free of error, substantial justice has been done and a retrial of this cause could only result in another verdict and judgment for plaintiff. Under these circumstances, the duty of this court to affirm is clear. *Standard Oil Co. of Indiana v. Burkhartsmeier Cooperage Co.,* 333 Ill. App. 338, 355–356; *Rapers v. Holmes,* 292 Ill. App. 116, 123.

It is therefore ordered that the judgment appealed be and is hereby affirmed.

*Affirmed.*

**Maurice E. Ashby, Appellant, v. Carl F. Einig, Appellee.**

**Gen. No. 10,719. (Abstract of Decision.)**

 

 Reid, Ochsenschlager & Murphy, for appellant;

L. M. Ochsenschlager, and William C. Murphy, of counsel; O'Brien, Burnell & Puckett, for appellee; William C. O'Brien, Wilson D. Burnell, Donald L. Puckett, and Joseph H. Barnett, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed June 7, 1954; released for publication June 23, 1954.

## Ray Askey, Plaintiff-Appellee, v. Arnold Kneubuehl and Alvin Zipsie, Defendants-Appellants.

### Gen. No. 10,725. (Abstract of Decision.)

Burrell & Holtan, for appellants; David M. Burrell, of counsel; Bert P. Snow, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed June 7, 1954; released for publication June 23, 1954.